IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT HEFFERNAN                                                              PLAINTIFF

v.                            Civil No. 6:18-cv-6001

ANDREA BEASLEY (Correct Care Solutions
Health Services Administrator), CORRECT
CARE SOLUTIONS, and WENDY KELLY
(ADC Director)                                               DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed January 12, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Bryant recommends that Plaintiff's Motion for Preliminary Injunction (ECF No. 1) be denied. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Motion for Preliminary Injunction (ECF No. 1) is **DENIED**.

The Court notes that Plaintiff has expressed his intention to file suit pursuant to 42 U.S.C. § 1983 upon completion of the Arkansas Department of Correction grievance process. In the event Plaintiff wishes to proceed with this case beyond the preliminary injunction motion, Plaintiff is advised to file a separate action using the Court approved § 1983 complaint form.

**IT IS SO ORDERED**, this 9th day of February, 2018.

                                                                           /s/ Susan O. Hickey
                                                                           Susan O. Hickey
                                                                           United States District Judge